UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERICK FALCONER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV2060 JCH |
| ) | |
| SSM HEALTH CARE ST. LOUIS d/b/a ) | |
| SSM ST. MARY'S HEALTH CENTER, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Movant Clayton Emergency Group, LLC's Motion to Quash Subpoena (Doc. No. 27) is **DENIED**.

**IT IS FURTHER ORDERED** that Movant Clayton Emergency Group, LLC shall produce all documents responsive to the requests in Plaintiff's Subpoena no later than **Monday, February 28, 2011**.

**IT IS FURTHER ORDERED** that all documents produced shall be treated as "confidential" pursuant to the November 5, 2010, Protective Order in this matter. (Doc. No. 20).

Dated this 7th day of February, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE